No. 491. HOOVER MOTOR EXPRESS CO., INC. ET AL. *v.* FORT, COMMISSIONER OF FINANCE & TAXATION, ET AL. Jurisdictional statement submitted November 3, 1934. Decided November 12, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Stephenson* v. *Binford,* 287 U. S. 251, 264, 272, 275–276; *Continental Baking Co.* v. *Woodring,* 286 U. S. 352, 365–366, 369–371; *Sproles* v. *Binford,* 286 U. S. 374, 388–389, 391–396. *Mr. W. C. Cherry* for appellants. No appearance for appellees.

No. —, original. EX PARTE MOONEY. November 12, 1934. A rule is ordered to issue, returnable within forty days from this date, requiring the respondent to show cause why leave to file the petition for a writ of habeas corpus should not be granted. *Messrs. Frank P. Walsh, John F. Finerty,* and *George T. Davis* for petitioner.

No. 15, original. WISCONSIN *v.* MICHIGAN. November 12, 1934. The report of the Special Master herein is received and ordered to be filed. It is ordered that exceptions to the said report, if any, be filed on or before December 10, next; that briefs upon such exceptions be filed on or before January 21; and that reply briefs, if any, be filed on or before February 4.